## THIRD DISTRICT.

John E. Hollon, appellee, v. City of Quincy, appellant. Gen. No. 7,637.

Action for personal injuries to pedestrian in fall on sidewalk. Judgment for plaintiff. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924. *Certiorari* denied by Supreme Court (making opinion final).

C. H. Wood, Corporation Counsel, for appellant; John T. Inghram, of counsel. John E. Wall, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

Roy C. Helton, administrator of the estate of Shiloh L. Kerrick, deceased, appellee, v. W. H. Bandy, appellant. Gen. No. 7,640.

Action to recover rent. Judgment for plaintiff. Appeal from the County Court of Edgar county; the Hon. Paul B. Lauher, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924.

Fred Rhoads, for appellant. Stewart W. Kincaid, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

Amy E. Campbell, appellee, v. Kent Campbell, appellant. Gen. No. 7,649.

Bill for divorce. Order for alimony *pendente lite*, and solicitor's fees. Appeal from the Circuit Court of Hancock county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924.

O'Harra, O'Harra & O'Harra, for appellant. Hartzell, Cavanagh, Martin & Hartzell, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

G. L. Armstrong, appellee, v. Peabody Coal Company, appellant. Gen. No. 7,660.

Action for medical services to employee of defendant. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. W. B. Wright, Judge, presiding. Heard in this court at the October term, 1923. Reversed. Opinion filed March 8, 1924.

E. P. Trohert, for appellant. W. B. McBride, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

Clara L. Janssen, appellee, v. H. F. Janssen, appellant. Gen. No. 7,671.

Assumpsit upon promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 8, 1924. *Certiorari* denied by Supreme Court (making opinion final).

W. St. J. Wines, for appellant. John G. Friedmeyer, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.